ADAM PAUL LAXALT
  Attorney General
IAN E. CARR, Bar No. 13840
  Deputy Attorney General
ROBERT W. DeLONG, Bar No. 10022
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775)684-1259
Tel: (775) 684-1120
E-mail: icarr@ag.nv.gov
E-mail: rdelong@ag.nv.gov

*Attorneys for Defendants
Candis Brockway, James Dzurenda,
Adam Laxalt, Melissa Mitchell, Brian
Sandoval, and Theresa Wickham*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

*ORDER*

| | |
|---|---|
| FRANK D'AGOSTINO, | Case No. 3:18-cv-00337-MMD-CBC |
| Plaintiff, | **MOTION FOR EXTENSION OF TIME** |
| vs. | **(First Request)** |
| ROMEO ARANAS, et al., | |
| Defendants. | |

    Defendants Candis Brockway, James Dzurenda, Adam Laxalt, Melissa Mitchell, Brian Sandoval, and Theresa Wickham, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Robert W. DeLong, Deputy Attorney General, hereby move for a 14 day extension to file an answer or otherwise respond to Plaintiff's Complaint. This motion is made and based upon the following Memorandum of Points and Authorities and all of the pleadings and papers on file herein.

### MEMORANDUM OF POINTS AND AUTHORITIES

    This is Defendants' first request for an extension of time to file an answer or otherwise respond to the Complaint. Defendants calculate that their deadline to file an answer or otherwise respond is September 21, 2018. Pursuant to Fed. R. Civ. P. 6(b)(1)(A), Defendants request this extension

1

because the lead Deputy Attorney General assigned to this matter, Ian Carr, has been out of the office on medical leave for the past two days and is not able to assist in the preparation of a responsive pleading in this matter. Defendants assert that good cause exists for this Court to enlarge the time allowed for them to respond to the Complaint and request permission to file their response no later than fourteen (14) days from the date of this Motion. This request is made in good faith and not for the purpose of delay. Defendants respectfully submit that none of the parties will be prejudiced by the extension of time sought.

DATED this 21st day of September, 2018.

ADAM PAUL LAXALT
Attorney General

By: *[signature]*
ROBERT W. DeLONG
Deputy Attorney General
State of Nevada
Bureau of Public Affairs
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED
*[signature]*
U.S. MAGISTRATE JUDGE
DATED: 9/25/2018

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on September 21, 2018, I caused to be served a copy of the foregoing, **MOTION FOR EXTENSION OF TIME (FIRST REQUEST)**, by U.S. District Court CM/ECF Electronic Filing on the following:

ADAM HOSMER-HENNER, ESQ.
MCDONALD CARANO
100 W. LIBERTY ST. 10TH FLOOR
RENO, NV 89501
ahosmerhenner@mcdonald-carano.com

/s/ [signature]
An employee of the
Office of the Attorney General