1  AARON D. FORD
    Attorney General
2  IAN E. CARR, Bar No. 13840
    Deputy Attorney General
3  State of Nevada
    Bureau of Litigation
4  Public Safety Division
    100 N. Carson Street
5  Carson City, NV 89701-4717
    Tel: (775) 684-1259
6  E-mail: icarr@ag.nv.gov

7  *Attorneys for Defendants*
   *Theresa Wickham, Melissa Mitchell,*
8  *Adam Laxalt, Brian Sandoval,*
   *James Dzurenda, Candis Brockway,*
9  *John Scott, Karen Gedney,*
   *Dana Marks, Richard Long,*
10 *William Donnelly, and Romeo Aranas*



FILED ____   ____ RECEIVED
ENTERED ____   ____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 6 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

11  **UNITED STATES DISTRICT COURT**

12  **DISTRICT OF NEVADA**   *ORDER*

13  FRANK D'AGOSTINO,

14  Plaintiff,          Case No.  3:18-cv-00337-MMD-CBC

15  vs.                 **MOTION FOR EXTENSION OF TIME TO
                          RESPOND TO MOTIONS FOR**
16  ROMEO ARANAS, et al.,   **PRELIMINARY INJUNCTION AND
                          APPOINTMENT OF COUNSEL (ECF Nos. 64,
17          Defendants.     65, 66)**

18      Defendants, Theresa Wickham, Melissa Mitchell, Adam Laxalt, Brian Sandoval, James

19  Dzurenda, Candis Brockway, John Scott, Karen Gedney, Dana Marks, Richard Long, William

20  Donnelly, and Romeo Aranas (Defendants) by and through counsel, Aaron D. Ford, Attorney General

21  of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby submit their Motion for

22  Extension of Time to Respond to Motions for Preliminary Injunction and Appointment of Counsel

23  (ECF Nos. 64, 65, 66).  This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A), the

24  following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

25      **MEMORANDUM OF POINTS AND AUTHORITIES**

26  **I.    ARGUMENT**

27      Defendants respectfully request a fourteen (14) day extension of time out from the current

28  deadline (February 25, 2019) to respond to pending motions in this case.  Counsel for

1

1  Defendants is confronted with numerous competing deadlines and a high workload due to staffing

2  changes in the Office of the Attorney General.

3      Furthermore, upon information and belief, it appears from discussions with prison medical staff

4  that Plaintiff is in the process of approval for hepatitis C (HCV) drug treatment, which would moot his

5  request for injunctive relief.  Defense counsel requests additional time to gather Plaintiff's medical

6  records to confirm the status of his treatment.

7      However, such obstacles are currently being resolved and the requested extension of time

8  should afford Defendants adequate time to motion responses in this case.

9      Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

10          When an act may or must be done within a specified time, the court may,
           for good cause, extend the time: (A) with or without motion or notice if
11          the court acts, or if a request is made, before the original time or its
           extension expires; or (B) on motion made after the time has expired if the
12          party failed to act because of excusable neglect.

13

14     Defendants' request is timely and its limited nature will not hinder or prejudice Plaintiff's case,

15  but will allow for a thorough responses to Plaintiff's motions for injunctive relief.  The requested

16  fourteen (14) day extension of time should permit Defendants time to adequately research and respond

17  to Plaintiff's pending motions.  Defendants assert that the requisite good cause is present to warrant the

18  requested extension of time.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

2

1       For these reasons, Defendants respectfully request a fourteen (14) day extension of time from

2   the current deadline to file a responsive pleading in this case, with a new deadline to and including

3   Monday, March 11, 2019.

4       DATED this 25th day of February, 2019.

5                          AARON D. FORD

6                          Attorney General

7                        By:

8                          IAN E. CARR
                           Deputy Attorney General
                           State of Nevada

9                          Bureau of Litigation
                           Public Safety Division

10                         *Attorneys for Defendants*

11

12                   IT IS SO ORDERED.

13

14                   U.S. MAGISTRATE JUDGE

15                   DATED: 2/26/2019

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on February 25, 2019, I caused to be served a copy of the foregoing, **MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR PRELIMINARY INJUNCTION AND APPOINTMENT OF COUNSEL (ECF Nos. 64, 65, 66)**, by U.S. District Court CM/ECF Electronic Filing on the following:

FRANK D'AGOSTINO #32883
C/O NNCC LAW LIBRARIAN
NORTHERN NEVADA CORRECTIONAL CENTER
P.O. BOX 7000
CARSON CITY, NV 89702
lawlibrary@doc.nv.gov


An employee of the
Office of the Attorney General