AARON D. FORD
Attorney General
IAN E. CARR, Bar No. 13840
Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: icarr@ag.nv.gov

*Attorneys for Defendants Theresa Wickham, Melissa Mitchell, Adam Laxalt, Brian Sandoval, James Dzurenda, Candis Brockway, John Scott, Karen Gedney, Dana Marks, Richard Long, William Donnelly, and Romeo Aranas*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

FRANK D'AGOSTINO,

Plaintiff,

vs.

ROMEO ARANAS, et al.,

Defendants.

Case No. 3:18-cv-00337-MMD-VPC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff, Frank D'Agostino, by and through counsel, Ryan Hamilton, Esq., and Defendants, Theresa Wickham, Melissa Mitchell, Adam Laxalt, Brian Sandoval, James Dzurenda, Candis Brockway, John Scott, Karen Gedney, Dana Marks, Richard Long, William Donnelly, and Romeo Aranas (Defendants) by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Ian E. Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed in its entirety with prejudice by order of this Court.

The Court shall retain limited monitoring jurisdiction over Plaintiff's medical treatment for a duration as previously specified by the Court's Order. *See* ECF No. 101.

///

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs except as specified in the Settlement Agreement.

* * *

DATED this 26th day of July, 2019.

By: RYAN HAMILTON, ESQ.
Hamilton Law LLC
*Attorney for Plaintiff*

DATED this 26TH day of July, 2019.

AARON D. FORD
Attorney General

By: IAN CARR
Deputy Attorney General
Bureau of Litigation
Public Safety Division
*Attorneys for Defendants*

**IT IS SO ORDERED.**

**U.S. DISTRICT JUDGE**

**DATED;** August 7, 2019

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on July 26th, 2019, I caused to be served a copy of the foregoing, **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**, by U.S. District Court CM/ECF Electronic Filing on the following:

Ryan Hamilton, Esq. SBN # 11587
HAMILTON LAW LLC
5125 S. Durango, Ste. C
Las Vegas, NV 89113
ryan@hamlegal.com
*Attorneys for Plaintiff*

An employee of the
Office of the Attorney General